UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY GREEN,

                    Plaintiff,

         -against-

BRONX LEBANON HOSPITAL CENTER,
BRONXCARE HEALTH SYSTEM, ARUNA
MISHRA, M.D., CAROLINA MARTINEZ,
M.D.,

                    Defendants.

Case No. 1:25-cv-10369 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On December 15, 2025, Defendants Aruna Mishra, M.D. and Carolina Martinez, M.D. (together, "Defendants"), removed this action from the New York Supreme Court, Bronx County. Dkt. 1. On December 16, 2025, the Court scheduled the parties for an Initial Pretrial Conference on January 8, 2026, at 10:00 a.m. in Courtroom 20B, 500 Pearl Street, New York, NY 10007 and required the parties to submit materials in advance of the conference "no later than **<u>ten calendar days before the conference date</u>**." Dkt. 3 ("Order"). On December 30, 2025, given the parties' failure to submit the required materials by December 29, 2025, the Court reminded the parties of their obligations and ordered that they "comply forthwith with the Court's Individual Rules." Dkt. 4.

To date, the parties, particularly Defendants, have failed to abide by the Court's December 16 Order. Accordingly:

1. Defendants are again hereby ORDERED to "notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of [the Order] and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court," Order at 3, by **January 5, 2026**.

2.  Defendants are further ORDERED to serve a copy of this order on all other parties in this action who have not yet appeared by **January 5, 2026**.

3.  The parties are again ORDERED to file a joint letter and a proposed Civil Case Management Plan and Scheduling order pursuant to this Court's Individual Rule of Practice 2.D forthwith, and no later than **January 6, 2026**.

4.  Lastly, as a reminder, the parties are ORDERED to appear for their Initial Pretrial Conference on **January 8, 2026**.

Further failure of the parties to abide by this Court's orders will not be tolerated.  The Clerk of Court is respectfully requested to email a copy of this Order to counsel of record in the State Action at: CSL@mangan-louis.com; egingold@hpmb.com; gapfel@hpmb.com; brandon.cowart@usdoj.gov.

Dated:  January 2, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2