

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 2, 2026

<span style="color:blue">Request GRANTED.  The IPTC shall be adjourned to **February 12, 2026, at 10 a.m.**  The parties are to file their stipulation and proposed order by **February 2, 2026**.</span>

**By ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<span style="color:blue">SO ORDERED.

Dated: January 5, 2026
        New York, New York</span>

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**

Re:    *Green v. Bronx-Lebanon Hosp. Ctr., et al.,* 25 CV 10369 (JLR)

Dear Judge Rochon:

This Office represents defendants Aruna Mishra, M.D. and Carolina Martinez, M.D. (collectively, the "Federal Defendants"), federally deemed employees improperly named in this tort action recently removed from New York State court pursuant to the Federal Tort Claims Act (the "FTCA").

I write respectfully to request that the initial conference scheduled for January 8 be adjourned. Plaintiff has agreed to substitute the United States as defendant in place of the federal defendants and to dismiss the case without prejudice vis-à-vis the United States so that plaintiff may exhaust her administrative remedies as required under the FTCA. The parties are in the process of finalizing a stipulation and proposed order to this effect. Accordingly, to provide sufficient time to complete this process, we respectfully request that the January 8 conference be adjourned. I have reached out to plaintiff's counsel to request consent to the granting of this relief but not have heard back.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/  Brandon Cowart*
       BRANDON H. COWART
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone: (212) 637-2693
       E-mail: brandon.cowart@usdoj.gov

cc: Plaintiff's counsel (by email)