USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/12/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY GREEN,

          Plaintiff,

      -against-

BRONX LEBANON HOSPITAL CENTER, ET AL.,

          Defendants.

25-CV-10369 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed at today's pre-motion conference, the dismissal of plaintiff's claims against the United States (as substituted for Aruna Mishra, M.D. and Carolina Martinez, M.D.) (*see* Dkt. 17) leaves this Court without subject-matter jurisdiction over plaintiff's remaining claims. No later than **February 17, 2026**, plaintiff must submit either a stipulation or a motion to remand the remaining claims to state court or to dismiss them.

Additionally, at least one of plaintiff's attorneys must promptly enter an appearance on plaintiff's behalf on the docket of this action.

Dated: New York, New York
      February 12, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**