UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/24/26__

MARY GREEN,

        Plaintiff,

    -against-

BRONX LEBANON HOSPITAL CENTER, ET AL.,

        Defendants.

25-CV-10369 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiff's motion to remand to state court. (Dkt. 20.) If the motion is opposed, defendants' opposition papers are due no later than **February 27, 2026**. Plaintiff's optional reply papers are due no later than **March 2, 2026**.

Dated: New York, New York
      February 24, 2026

                    **SO ORDERED.**

                    _____

                    **BARBARA MOSES**
                    **United States Magistrate Judge**